**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Michelle  Green v. Texas Workforce Commission and TF
                         Administration LLC

Appellate case number:   01-20-00727-CV

Trial court case number: 2020-01448

Trial court:             215th District Court of Harris County

Upon consideration of the record and appellant's statement of inability to pay costs on appeal, the Clerk of this Court is ORDERED to deem appellant indigent and allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1.

The clerk's record was filed on November 30, 2020. Appellant, although entitled to a reporter's record without cost, has informed the Court that she has not requested a reporter's record because the case did not go to trial and the only hearing concerned an extension motion irrelevant to any issues on appeal. Accordingly, the appellate record is complete. Appellant's opening brief shall be due within 30 days of this order. *See* TEX. R. APP. P. 38.6(a). Appellees' brief shall be due 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                              Acting individually


Date:   ___December 17, 2020_____